FILE COPY



## CAUSE NOS. 12-19-00113-CR & 12-19-00114-CR

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| **DAVID PEREZ,** **APPELLANT** | } | **APPEALED FROM 241ST DISTRICT** |
| **V.** | } | **COURT IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | } | **SMITH COUNTY, TEXAS** |

## ORDER

Came on for review the status of the instant appeals, and the same having been considered, it appears that Appellant is not currently represented by counsel.

Accordingly, it is hereby ORDERED that the trial court conduct a hearing to determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

It is FURTHER ORDERED, that once findings are made as to the above three issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **May 8, 2019**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 8th day of April 2019, A.D.



*Katrina McClenny*
KATRINA MCCLENNY, CLERK